FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES E. TILTON, Warden,<br><br>　　　　　Respondent. | No. CV 04-9829-GHK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The report and recommendation is adopted.

　　　　2.　　Judgment shall be entered consistent with this order.

　　　　3.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6/30/08

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE